## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN EDWARD MAYFIELD, | ) | |
| ID # 1241873, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:06-CV-1866-D |
| | ) | |
| GEO GROUP INC., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's request to proceed *in forma pauperis*. By separate judgment, the Court dismisses this action for the failure of plaintiff to comply with an order of the Court.

**SIGNED February 27, 2007.**


_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE